## IN THE OREGON DISTRICT COURT

## MEDFORD DIVISION

**CARRIE DEHART, an individual**          Case No. 1:15-cv-2404

    **Plaintiff**

    v.

**VITAMIN COTTAGE NATURAL**          **Stipulated ORDER**
**FOOD MARKETS, INC.,**
**NATURAL GROCERS BY VITAMIN**
**COTTAGE, and SCOTT FOREST, an individual**

    **Defendants**

The undersigned Plaintiff and Defendants in the above referenced case

hereby move the court to dismiss the case as to all Defendants and all claims pled,

with prejudice, without costs or attorney's fees to any party.

Thomas Dimitre, Attorney at Law LLC          Jackson Lewis P.C.

By:   /s/ Thomas Dimitre          By:   /s/ April Upchurch Fredrickson
         ———————————

       Thomas Dimitre                 April Upchurch Fredrickson
       Attorney for Plaintiff                 Attorney for Defendant
       Carrie DeHart                 Vitamin Cottage Natural Food
                                Markets, Inc. and Natural Grocers
                                By Vitamin Cottage

By:     /s/ Jennifer Nelson

                                        Dated:  January 13, 2017

        Jennifer Nelson
        Attorney for Defendant
        Scot Forrest


**IT IS SO ORDERED.**

        DATED this ____/____ day of May, 2017.

                        MARK D. CLARKE
                        United States Magistrate Judge

2